

# ROBIN L. HOOTER
## CLERK OF COURT ❖ RAPIDES PARISH
701 Murray Street, Suite 102, Alexandria, Louisiana 71301

Phone (318) 473-8153     Fax (318) 473-4667     Civil Fax (318) 487-9361
www.rapidesclerk.org

NOTICE OF CHANGE OF VENUE

JUN 08 2022
BY:

NO. 273,780   F

ARNETHA BOYD                      || NINTH JUDICIAL DISTRICT COURT
VERSUS                              || PARISH OF RAPIDES
WALMART STORES INC              || STATE OF LOUISIANA

TO: WALMART STORES INC                 THRU: W ALEX HOOPER
                                                                 PO BOX 12114, 5816 JACKSON STREET
                                                                 ALEXANDRIA LA   71315-0000
                                                                  RAPIDES PARISH

YOU ARE HEREBY NOTIFIED OF THE FILING OF THE ABOVE STYLED SUIT WHICH WAS

TRANSFERRED FROM PINEVILLE CITY COURT

THIS DONE AT ALEXANDRIA, LOUISIANA, THIS 2ND DAY OF JUNE, 2022.

ROBIN L. HOOTER                                ROBIN L. HOOTER
701 MURRAY STREET, SUITE 102               Clerk of Court
ALEXANDRIA, LA   71309

                                                      BY _____
                                                          Deputy Clerk of Court

SHERIFF STAMP BELOW
------------------------

0257780                                                    043

